Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED 08 AUG '22 08:32 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

_____Portland_____ Division

Xuebo Cui
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Belkorp Holdings, Inc.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:22-cv-1149-IM
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Xuebo Cui
   Street Address: 312 NE John Olsen Ave, Apt #24102
   City and County: Hillsboro, Washington
   State and Zip Code: OR 97124
   Telephone Number: 484-475-4983
   E-mail Address: Nicholas.Cui@hotmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Belkorp Holdings, Inc.
- Job or Title (if known):
- Street Address: Suite 900, 1508 West Broadway,
- City and County: Vancouver, BC, V6J 1W8
- State and Zip Code: Canada
- Telephone Number: 604-688-8533
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* __Xuebo Cui__, is a citizen of the State of *(name)* __China, Asylum Pending with US Immigration Court at Portland, OR.__

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.


Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* **Belkorp Holdings, Inc.**, is incorporated under the laws of the State of *(name)* **British Columbia, Canada**, and has its principal place of business in the State of *(name)* **Oregon, United States**
Or is incorporated under the laws of *(foreign nation)* **British Columbia, Canada**
and has its principal place of business in *(name)* **Oregon, United States**

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**The plaintiff was injured while residing in the apartment provided by the defendant.**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The Plaintiff was injured while residing in the apartment provided by the defendent. Medical diagnostic shows the plaintiff suffered Heart Rhythm Change since June 13th, 2022. The defendent also violated multiple items set forth in Rental Agreement. The Plaintiff demand the defendent to reimburse the lost of plaintiff: Money lost of $1,2000.00 Change Apartment Unit for the plaintiff.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 7th, 2022

Signature of Plaintiff     Cui Xuebo
Printed Name of Plaintiff  Xuebo Cui

B. **For Attorneys**

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Street Address               _____
State and Zip Code           _____
Telephone Number             _____
E-mail Address               _____

# Complaint to the Court

Xuebo Cui
------------------------------
                    Plaintiff

v.

Belkorp Holdings, Inc.
------------------------------
                    Defendant

**PLAINTIFF**

Xuebo Cui
Name
3120 NE John Olsen Ave, Apt#24102
Street
Hillsboro OR 97124
City/State/Zip
484-475-4983
Phone

**DEFENDANT**

Belkorp Holdings, Inc.
Name
3120 NE John Olsen Ave
Street
Hillsboro OR 97124
City/State/Zip
503-610-4106
Phone

1. **PARTIES. Xuebo Cui** (the Resident) and **Belkorp Holding, Inc.,** (the Landlord) regarding the apartment unit rented by the Resident: Apartment Unit #24102, at 3120 NE John Olsen Ave. Hillsboro, Oregon, 97124.

2. **RESIDENT COMPLAINS ABOUT LANDLORD VIOLATING RENTAL AGREEMENT.** The Resident, Xuebo Cui, hereby complains to the Court for the Landlord violates the Rental Agreement signed by **Xuebo Cui** and **Belkorp Holding, Inc.**:
    a. Dangerous electromagnetic radiation was found in the apartment unit rented by the Resident since June 2022. The Resident reported the problem to the Landlord. The Resident accuses the radiation is caused by criminal activity inside Landmark Apartments at Tanasbourne, Building 24.

    The Resident has demonstrated the evidence he collected for the problem to the Landlord, and the Landlord failed to resolve the issue until today, Aug 4, 2022.

    As shown on the medical diagnostic report provided by Oregon Health & Science University Hospital on July 27, 2022, **Xuebo Cui**, the Resident, experienced a heart rhythm change since June 13th, 2022.

    The Resident escalates the problem as the Landlord violates the civil rights of the Resident and the Rental Agreements set forth between the Resident and the Landlord and caused injury to the Resident.

Page 1 of 2

b. The apartment unit provided to the Resident by the Landlord has electric outlets wired to a circuit breaker outside the apartment. This wiring configuration is not accomplice with *National Electrical Code*, *Article 210*, item 210.8.

c. Many appliances were not in proper working condition upon the Resident moving-in:
    i. Toilet faucet was leaking and causing overfilling/ water leaking.
    ii. Noisy ventilation fan in the bathroom.
    iii. Electric Outlets have non-proper wiring.
    iv. Painting residual found in kitchen and hallway floor.
    v. Non-professional modified bedroom heater and causing noise.
    vi. Bedroom heater repair/replacement was not delayed than schedule and caused improper heating in the bedroom.
    vii. Both living room and bedroom thermostats were not working properly until replacement or repair.
    viii. Living room heater aging issue and causing overheat. The Landlord was not able to provide a replacement heater that meets US safety standards.
    ix. Leaking bathroom facial sink faucet.
    x. Broken dishwasher rinsing arm.
    xi. Broken oven.

Based on the facts mentioned above, the Resident escalates that the Landlord violated Rental Agreement: Condition of the Premises and Alterations set forth between the Resident and the Landlord.

d. Insect
    i. The apartment building of the Resident has poor insect treatment (Ants found in the bathroom and reported to the Landlord).
    ii. Neighbor living in Apartment Unit #24103 does not properly handle garbage disposal multiple times and lasts a long-time. The problem caused insect problem and a poor environment at the Resident's front door. The Resident escalate the Landlord violated Rental Agreement: Bed Bug Addendum and Valet Waste Resident Lease Addendum set forth between the Resident and the Landlord.

3. **THE RESIDENT'S CLAIM.**
    a. The Resident requests the Landlord to diagnose and repair the abovementioned problems.
    b. The Resident requests the Landlord to reimburse the Resident for the medical expenses resulted from the electromagnetic wave injury caused in the apartment (3120 NE John Olsen Ave, Apt#24102, Hillsboro, OR 97124).
    c. The Resident requests the Landlord to reimburse the Resident for his living expense that may be induced during the treatment of his injury.

Signature of the Plaintiff: *Cui Xuebo*

Date: Aug 4th, 2022